UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES, et al., *ex rel.* JOHN KURZMAN,

                                Plaintiffs,      19 Civ. 4270 (LGS)

               -against-                     ORDER

MICROSOFT CORP., et al.,

                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, no state having indicated its intention to intervene in this action and no state having objected to the unsealing of this action, it is hereby

**ORDERED** that this case is unsealed. It is further

**ORDERED** that the parties shall refile all documents on the public docket except for those intended to remain under seal. The parties shall consult the Court's Individual Rules for filings under seal and make applications for any document that they intend to maintain under seal.

The Clerk of Court is respectfully directed to maintain the seal as to all previously filed documents.

Dated: September 6, 2022
        New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**