**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ABC, | § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | Case No.: 19-cv-04270 |
| v. | | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) |
| | | DO NOT PUT ON PACER |
| XYZ, | | DO NOT PLACE IN PRESS BOX |
| Defendants. | | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al. *ex rel.* John Kurzman, | § § § § § | Case No.: 19-cv-04270 |
| Plaintiffs, | § § § § § | FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) |
| v. | § § § | DO NOT PUT ON PACER |
| MICROSOFT CORP. et al., | § § § § | DO NOT PLACE IN PRESS BOX |
| Defendants. | § § | |

### PLAINTIFF/RELATOR'S NOTICE OF DISMISSAL OF COUNT IV

Plaintiff/Relator John Kurzman ("Relator"), through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntary dismissal of Count IV (Retaliation) of his Original Complaint. Relator requests that Count IV be dismissed with prejudice.

Respectfully submitted,

_____

Chris Sprengle
Federal Bar No. CS6943
Joel M. Androphy
NY State Bar No. 4578142
TX State Bar No. 24092418
BERG & ANDROPHY
120 West 45th Street
Suite 3801
New York, NY 10036
Tel. (713) 529-5622
Fax (713) 529-3785
csprengle@bafirm.com
jandrophy@bafirm.com

COUNSEL FOR RELATOR JOHN KURZMAN

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, a true and correct copy of the foregoing was delivered to the following individuals via electronic mail and/or certified mail, return receipt requested:

| | |
|---|---|
| Li Yu<br>U.S. Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | William Barr<br>United States Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530 |
| Jane Drummey<br>District of Columbia Attorney General's Office<br>441 4th Street Northwest<br>Washington, DC 20001 | Kenneth Sugarman<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 1100<br>San Francisco, CA 94102-7004 |
| Kathy Jennings<br>Delaware Attorney General<br>820 North French Street<br>Wilmington, DE 19801 | Ashley Moody<br>Florida Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-0001 |
| Gina Smith<br>Florida Department of Financial Services<br>Office of General Counsel<br>200 East Gaines Street<br>Tallahassee FL 32399 | Clare E. Connors<br>Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Joseph K. Kamelamela<br>Corporation Counsel, County of Hawaii<br>101 Aupuni Street, Unit 325<br>Hilo, HI 96720 | Paul S. Aoki, Acting Corporation Counsel<br>City & County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, HI 96813 |
| Moana M. Lutey<br>Acting Corporation Counsel, County of Maui<br>200 South High Street, 3rd Floor<br>Wailuku, HI 96793 | Kwame Raoul<br>Attorney General of Illinois<br>Illinois Office of the Attorney General<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Curtis Hill<br>Attorney General of Indiana<br>Indiana Office of the Attorney General<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Lori Torres<br>Indiana Inspector General<br>315 West Ohio Street, Room 104<br>Indianapolis, IN 46202 |
| Erin Staab<br>Massachusetts Attorney General's Office<br>1 Ashburton Place, Suite 1801<br>Boston, MA 02108-1518 | Jacob Campion<br>Minnesota Attorney General's Office<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101 |

| | |
|---|---|
| Tim Fox<br>Montana Attorney General<br>215 North Sanders, 3rd Floor<br>Helena, MT 59620-1401 | Aaron Ford<br>Nevada Attorney General<br>Old Supreme Court Building<br>100 North Carson Street<br>Carson City, NV 89701-4717 |
| Gurbir S. Grewal<br>New Jersey Attorney General's Office<br>25 Market Street<br>Trenton, NJ 08625-0080 | Hector Balderas<br>New Mexico Attorney General<br>408 Galisteo Street<br>Santa Fe, NM 87501 |
| Daniel T. Wilkes<br>Consumer Protection Division<br>North Carolina Attorney General's Office<br>114 West Edenton Street<br>Raleigh, NC 27603 | Peter Neronha<br>Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| Herbert Slatery III<br>Tennessee Attorney General & Reporter<br>War Memorial Building<br>301 6th Avenue North<br>Nashville, TN 37243 | T.J. Donovan<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609 |
| Mark Herring<br>Virginia Attorney General<br>202 North 9th Street<br>Richmond, VA 23219 | Anna M. Valencia<br>Chicago City Clerk<br>121 North LaSalle Street, Room 107<br>Chicago, IL 60602 |
| Edward N. Siskel<br>Chicago Corporation Counsel<br>121 North LaSalle Street, Suite 600<br>Chicago, IL 60602 | Ben Crego<br>Broward County Attorney's Office<br>115 South Andrews Avenue, Room 409<br>Fort Lauderdale, FL 33301 |
| Alina T. Hudak<br>Miami-Dade County Manager<br>111 NW 1st Street, Suite 2910<br>Miami, FL 33128 | |

I further certify that on June 21, 2019, a true and correct copy of the foregoing was personally served on Tom Miller, Iowa Attorney General, 1305 East Walnut Street, Floor 2, Des Moines, Iowa 50319.

_____

Chris L. Sprengle