UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES, et al., *ex rel.* JOHN                       :
KURZMAN,                                                    :
                                  Plaintiffs,               :   19 Civ. 4270 (LGS)
                                                            :
                  -against-                                 :   ORDER
                                                            :
MICROSOFT CORP., et al.,                                    :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the United States of America having declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the Complaint filed by Relator.  It is hereby

**ORDERED** that, **within 30 days from the date of this Order**, Relator shall file an amended complaint, dropping any claims that were voluntarily dismissed, and serve the amended complaint upon Defendants.  Relator will serve upon Defendants this Order and the Government's Notice of Decision to Decline Intervention only after service of the amended complaint.  It is further

**ORDERED** that the parties shall serve all pleadings, motions and notices of appeal filed in this matter, including supporting memoranda, upon the United States.  The United States may order any transcripts of depositions.  The United States may seek to intervene with respect to the allegations in Relator's complaint, for good cause, at any time or seek dismissal of this action.  It is further

**ORDERED** that all orders of this Court in this matter shall be sent to the United States by Relator.  It is further

**ORDERED** that should Relator, or any Defendant, propose that the Complaint or any of

its allegations be dismissed, settled or otherwise discontinued, or that any of Defendants be dismissed from the case, the party or parties proposing such relief must solicit the written consent of the United States before applying for Court approval.

Dated: October 28, 2022
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**