UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, INDIANA, IOWA, MASSACHUSETTS, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, VERMONT, and VIRGINIA; and the DISTRICT OF COLUMBIA, CITY OF CHICAGO, COUNTY OF BROWARD, and COUNTY OF MIAMI-DADE *ex rel.* John Kurzman, <br><br>        Plaintiffs, <br><br> v. <br><br> MICROSOFT CORP., *et al.*, <br><br>        Defendants. | § § § § § § § § § § § § § § § § § § § § § § | **19 Civ. 4270 (LGS)** |

**MOTION FOR LEAVE TO**
**WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES**

Joel M. Androphy and Chris Sprengle of Berg & Androphy ("B&A"), undersigned counsel for Plaintiff-Relator John Kurzman ("Relator") in this case, pursuant to Local Civil Rule 1.4, move for leave of court to withdraw as attorneys of record. This motion is supported by the attached affidavit. In support of its motion demonstrating justifiable cause, undersigned counsel show as follows:

1. On August 10, 2022, the Government informed undersigned counsel that the United States decided to decline to intervene in this case, and subsequently filed The Government's Notice of Decision to Decline Intervention with the Court. Dkt. 10.

2. On September 6, 2022, this Court ordered that this case be unsealed and requested the parties to refile "all documents on the public docket except for those intended to remain under seal." Dkt.11. However, undersigned counsel was not informed about the Court's order until October 11, 2022.

3. Pursuant to the Court's order, on October 27, 2022, undersigned counsel refiled Relator's Original Complaint, which was originally filed on May 10, 2019. Dkt. 12. Undersigned counsel also refiled Plaintiff/Relator's Notice of Dismissal of Count IV, which was originally filed on June 21, 2019. Dkt. 13.

4. Justifiable cause exists to withdraw as attorney of record because the Fee Agreement between Relator and B&A provides that the firm may withdraw representation if the government declines intervention. On August 11, 2022, Joel Androphy, on behalf of B&A, exercised this right and B&A provided to Relator in writing with reasonable notice of its intent to file a motion to withdraw representation. B&A also notified Relator that he could obtain new counsel to proceed with the case, or in the alternative, dismiss the case.

5. B&A has further informed Relator on multiple occasions that the firm was withdrawing as counsel once the Court unsealed the case.

6. Justifiable cause further exists to withdraw as attorney of record because Mr. Joel Androphy has recently developed serious health issues and is unable to continue representing Relator. Given this development and because this case is proceeding to another stage in litigation, the firm is currently unable to handle this particular case, especially without Mr. Androphy.

7. Justifiable cause further exists because an irreconcilable conflict has arisen between undersigned counsel and Relator. As a result, the attorney-client relationship has been irreparably compromised.

8.      Relator is opposed to this Motion. Relator has further indicated his desire to proceed with the case.

9.      The Government has been notified about this motion and takes no position on this motion.

10.     Undersigned counsel respectfully moves for leave of court to permit B&A to withdraw as attorney of record. Undersigned counsel respectfully requests that this Court issue an Order discharging B&A as attorneys of record for Relator and requests that the Clerk of this Court terminate delivery of all notices to undersigned counsel in this case.

11.     Undersigned counsel further requests that this Court issue an Order staying the case for 60 days to provide Relator with more time to obtain new counsel.

Respectfully submitted,

/s/ Chris Sprengle
Joel M. Androphy
NY State Bar No. 4578142
TX State Bar No. 24092418
Chris Sprengle
NY State Bar No. 4287686

**BERG & ANDROPHY**
120 West 45th Street
Suite 3801
New York, NY 10036
Tel. (713) 529-5622
Fax (713) 529-3785
jandrophy@bafirm.com

**COUNSEL FOR RELATOR
JOHN KURZMAN**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2022, a true and complete copy of the foregoing document was duly served through the ECF System.

The undersigned hereby certifies that on October 31, 2022, a true and complete copy of the foregoing document was duly served on Relator via *electronic mail* and will also be sent via *certified mail, return receipt requested*.

The undersigned hereby certifies that October 31, 2022, a true and complete copy of the foregoing document was delivered to the following via electronic mail and/or certified mail, return receipt requested.

/s/ Chris Sprengle
Chris Sprengle

| *For the United States* | *For District of Columbia* |
|---|---|
| Jennifer Jude<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>(212) 637-2663<br>Jennifer.Jude@usdoj.gov | Jane Drummey<br>District of Columbia<br>Attorney General's Office<br>441 4th Street Northwest<br>Washington, DC 20001<br>oag@dc.gov |
| *For California* | *For Delaware* |
| Kenny V. Nguyen<br>Deputy Attorney General<br>Office of the California Attorney General<br>1300 I Street, Suite 925<br>Sacramento, California 95814<br>(916) 210-7281<br>Kenny.Nguyen@doj.ca.gov | Oliver Cleary<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French St., 5th Floor<br>Wilmington, DE 19801<br>(302) 683-8873<br>Oliver.Cleary@delaware.gov |

| | |
|---|---|
| ***For Florida***<br>Christopher Knight<br>Assistant Attorney General<br>Department of Legal Affairs<br>PL-01, The Capitol<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>Christopher.Knight@myfloridalegal.com | ***For Hawaii***<br>Benjamin M. Creps<br>Deputy Attorney General<br>Commerce and Economic Development Division<br>State of Hawaii<br>808-586-1180<br>benjamin.m.creps@hawaii.gov |
| ***For Illinois***<br>Gretchen Helfrich<br>Senior Assistant Attorney General<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 11th Floor<br>Chicago, Illinois 60601<br>(312) 814-3000<br>Gretchen.Helfrich@ilag.gov | ***For Indiana***<br>Meredith McCutcheon<br>Deputy Attorney General<br>Office of Attorney General Todd Rokita<br>Indiana Government Center South, 5th Floor<br>302 W. Washington Street<br>Indianapolis, Indiana 46204-2770<br>(317) 233-9357<br>Meredith.McCutcheon@atg.in.gov |
| ***For Iowa***<br>Tom Miller<br>Iowa Attorney General<br>1305 East Walnut Street, Floor 2,<br>Des Moines, Iowa 50319. | ***For Massachusetts***<br>Amy Crafts<br>Chief, False Claims Division<br>Massachusetts Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>Office: 617-963-2355<br>Mobile: 781-445-4899<br>Amy.Crafts@mass.gov |
| ***For Minnesota***<br>Jason Pleggenkuhle<br>Manager, Consumer, Wage, and Antitrust Division<br>Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, Minnesota 55101<br>(651) 757-1147<br>Jason.Pleggenkuhle@ag.state.mn.us | ***For Montana***<br>Anne W. Yates<br>Assistant Attorney General<br>Department of Justice<br>Office of Consumer Protection<br>P.O. Box 200151<br>Helena, Montana 59620-0151<br>(406) 444-0089<br>AnneYates@mt.gov |

| | |
|---|---|
| ***For Nevada***<br>Gregory D. Ott<br>Chief Deputy Attorney General<br>Government and Natural Resources Division<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1229<br>gott@ag.nv.gov | ***For New Jersey***<br>Christina J. Garfield<br>Deputy Attorney General<br>New Jersey Division of Law Government & Healthcare Fraud<br>124 Halsey Street, 5th Floor, P.O. Box 45029-5029<br>Newark, New Jersey 07101<br>Office: 201-648-3070<br>christina.garfield@law.njoag.gov |
| ***For New Mexico***<br>Hector Balderas<br>New Mexico Attorney General<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>hbalderas@nmag.gov | ***For North Carolina***<br>Jessica V. Sutton<br>Special Deputy Attorney General<br>Technology, Healthcare, and Antitrust Section<br>Consumer Protection Division<br>114 W. Edenton St.<br>Raleigh, North Carolina 27603<br>(919) 716-0998<br>jsutton2@ncdoj.gov |
| ***For Rhode Island***<br>Brenda D. Baum<br>Assistant Attorney General<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 ext 2294.<br>bbaum@riag.ri.gov | ***For Tennessee***<br>Jonathan Skrmetti<br>Tennessee Attorney General & Reporter<br>War Memorial Building<br>301 6th Avenue North<br>Nashville, TN 37243<br>Jonathan.skrmetti@ag.tn.gov |
| ***For Vermont***<br>David Borsykowsky<br>Assistant Attorney General<br>109 State Street<br>Montpelier, Vermont 05609<br>(802) 828-5623<br>David.Borsykowsky@vermont.gov | ***For Virginia***<br>Peter E. Broadbent<br>Assistant Attorney General /Unit Manager<br>Office of the Attorney General<br>Post Office Box 610<br>Richmond, Virginia 23218<br>(804) 786-6055<br>PBroadbent@oag.state.va.us |
| ***For City of Chicago***<br>Rebecca Hirsch<br>Assistant Corporation Counsel<br>Affirmative Litigation Division<br>City of Chicago Department of Law<br>121 N. LaSalle Street, Room 600<br>Chicago, Illinois 60602<br>(312) 744-8143<br>Rebecca.hirsch2@cityofchicago.org | ***For Broward County, Florida***<br>Benjamin Crego<br>Assistant County Attorney<br>115 South Andrews Avenue, Suite 423<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 357-7600<br>bcrego@broward.org |

| | |
|---|---|
| ***For Miami-Dade County***<br>Oren Rosenthal<br>Assistant County Attorney<br>Miami-Dade County Attorney's Office<br>Stephen P. Clark Center<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br>(305) 375-5151<br>oren.rosenthal@miamidade.gov | |