AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States Of America ex rel. John Kurzman et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19cv4270-LGS |
| Microsoft Corp., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff/Relator John Kurzman                                                                          .

Date:     10/13/2023

/s/ Patrick S. Almonrode
*Attorney's signature*

Patrick S. Almonrode (PA0428)
*Printed name and bar number*

Brown, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
*Address*

patalmonrode@jtblawgroup.com
*E-mail address*

(201) 781-5701
*Telephone number*

(855) 582-5297
*FAX number*