UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN KURZMAN, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>MICROSOFT CORP., et al.,<br><br>    Defendants. | 1:19 Civ. 4270 (LGS) |

### ~~[PROPOSED]~~ ORDER

**WHEREAS**, upon consideration of the Parties' Joint Stipulation and Proposed Order, the Parties' Joint Stipulation is GRANTED.  The following schedule shall apply to this action.

1. Relator shall promptly file via ECF a notice to the Court and Parties upon serving or requesting waiver of service of the last reseller defendant;

2. Resellers shall have no more than 60 days from the date of Relator's notice to file an omnibus Answer or omnibus pre-motion letter requesting leave to file an omnibus motion to dismiss;

3. Should Resellers file an omnibus pre-motion letter requesting leave to file an omnibus motion to dismiss, Relator shall file an omnibus response letter within no more than 14 days;

4. Resellers shall have no more than 30 days after Relator files his omnibus response letter to file an omnibus motion to dismiss;

5. Should Resellers file an omnibus motion to dismiss, Relator shall have no more than 30 days to file an omnibus opposition;

6. Resellers shall have no more than 14 days to file an omnibus reply to Relator's opposition; and

7. These timelines shall apply to all pre-motion letters, Answers, motions to dismiss, and oppositions and replies thereto filed by any Reseller, including prior to the date of this Order.

**IT IS SO ORDERED.**

Dated: _March 6, 2024_

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2