# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN KURZMAN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> MICROSOFT CORP., et al., <br><br> Defendants. | 1:19 Civ. 4270 (LGS) |

## ~~[PROPOSED]~~ ORDER

**WHEREAS**, upon consideration of the Parties' Joint Stipulation and Proposed Order, the Parties' Joint Stipulation is GRANTED.  The following schedule shall apply to this action.

1. Relator's opposition to Microsoft's Motion to Dismiss the FAC is due by April 10, 2024; and

2. Microsoft's reply in support of its Motion to Dismiss the FAC is due by April 23, 2024

**IT IS SO ORDERED.**

Dated: __March 18, 2024__

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**