UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel. JOHN KURZMAN,
                                          Plaintiff,

                -against-

MICROSOFT CORP., et al.,
                                        Defendants.
-------------------------------------------------------------X

19 Civ. 4270 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 6, 2024, required Relator by March 8, 2024, to file the exhibits to the First Amended Complaint on the docket, following the procedures outlined in the Court's Individual Rule I.D.3 for the exhibits Relator seeks to file under seal or in redacted form;

WHEREAS, no such exhibits were filed. It is hereby

**ORDERED** that, by **March 22, 2024**, Relator shall file such exhibits.

Dated: March 18, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE