IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; *et al.* *ex rel.* John Kurzman,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORP., *et al.*,<br><br>Defendants. | So Ordered.  The Clerk of Court is respectfully directed to terminate the following Defendants.<br><br>Dated: April 8, 2024<br>         New York, New York<br><br>*/s/ Lorna G. Schofield*<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE**<br><br>Case No. 1:19-cv-04270-LGS |

NOTICE OF VOLUNTARY DISMISSAL OF SOME DEFENDANTS
PURSUANT TO F. R. Civ. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to F. R. Civ. P. 41(a)(1)(A)(i), Relator hereby voluntarily dismisses, on his own behalf and on behalf of the United States, all claims against the following Defendants in this matter: Aerie Consulting, LLC; Alvarez & Associates, LLC; Arctic Information Technology, Inc.; CDW Corporation; CDW Government, LLC; Champion Solutions Group, Inc.; CompuCom Systems, Inc.; Cornerstone IT, Inc.; Crayon Software Experts LLC; Dell Marketing, L.P.; ECS Federal, LLC; En Pointe Technologies Sales, LLC; The Henson Group, Inc.; Imager Software, Inc.; InfoReliance LLC; Insight Public Sector, Inc.; Intraprise TechKnowlogies LLC; Liftoff, LLC; Lilien, LLC; Minburn Technology Group LLC; PCM, Inc.; PCMG, Inc.; Planet Technologies, Inc.; Procentrix, Inc.; ProSum Inc.; SHI International Corporation; Softchoice Corporation; Software One, Inc.; Solid Networks Inc.; Sysorex Government Services, Inc.; T4 Technologies, Inc.; and Ventech Solutions Inc. The dismissals shall be without prejudice. The United States consents to these dismissals.[1]

---

[1] Relator will promptly contact the Plaintiff States to seek their approval of dismissal of their claims, and will file a separate notice as to same.

For avoidance of doubt, Relator does not hereby dismiss any claims against Microsoft Corp. or Microsoft Licensing, G.P.

Dated April 5, 2024

Respectfully submitted,

| FOR RELATOR JOHN KURZMAN | FOR THE UNITED STATES OF AMERICA |
|---|---|
| */s/ Patrick S. Almonrode* | */s/ Jennifer Ann Jude* |
| Patrick S. Almonrode | Jennifer Ann Jude |
| Brown, LLC | Assistant U.S. Attorney |
| 111 Town Square Place, Suite 400 | United States Attorney's Office |
| Jersey City, NJ 07310 | Southern District of New York |
| Phone: 877-561-0000 | 86 Chambers St. |
| Fax: 855-582-5297 | New York, NY 10007 |
| patalmonrode@jtblawgroup.com | Phone: (212)-637-2663 |
|  | Fax: (212)-637-2686 |
|  | Jennifer.Jude@usdoj.gov |