> On May 16, 2025, the Court received this letter from Counsel for the State of Minnesota. The application is **GRANTED**. The conference scheduled for June 10, 2025, will be held remotely for all parties, including Relator, the United States Government, all State-Plaintiffs and Defendant. To join the conference, all parties shall call (855) 244-8681 and enter the access code 23111938649. To any party with counsel not yet admitted to practice before the Court, the counsel is directed to file a motion for admission pro hac vice and, once approved, file an appearance on behalf of the client.
>
> Dated: May 20, 2025
>       New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Via ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *U.S. ex rel. Kurzman v. Microsoft Corp.*, Case No. 19-cv-04270 (S.D.N.Y)

Dear Judge Schofield:

    On May 8, 2025, the Court granted the parties' letter motion for an extension of time to attempt to resolve their disputes regarding Relator's proposed settlement agreement with Defendants. (ECF 94.) In its order, the Court also scheduled an in-person conference for June 10, 2025.

    I am lead counsel for the State of Minnesota, and I intend to participate in the June 10th conference. I respectfully request to appear remotely both because I am located in Minnesota and would experience hardship to travel to New York for this conference. I appreciate the Court's consideration and accommodation.

                              Sincerely,

                              */s/ Emily Scholtes Dykstra*
                              EMILY SCHOLTES DYKSTRA
                              Assistant Attorney General
                              (651) 300-7918
                              emily.scholtesdykstra@ag.state.mn.us