IN THE UNITED STATES DISTRICTCOURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; *et al. ex rel.* John Kurzman,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORP., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-04270-LGS |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance on behalf of Plaintiff, The State of Delaware, in the above-captioned action.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ *Shelley A. Kinsella*
Shelley Kinsella (# 4023)
Deputy Attorneys General
Delaware Department of Justice
820 North French Street, 5th Floor
Wilmington, DE 19801
Telephone: (302) 683-8839
Shelley.Kinsella@delaware.gov

Dated: June 2, 2025