UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA, ex. rel. JOHN                       :
KURZMAN, et al.,                                              :
                                                              :
                                  Plaintiff,   :       19 Civ. 4270 (LGS)
                                                              :
              -against-                                  :           **ORDER**
                                                              :
MICROSOFT CORP., et al.,                                      :
                                Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic conference is scheduled for June 10, 2025, at 3:00 P.M.  It is hereby

      **ORDERED** that the conference is adjourned to **June 10, 2025**, at **3:30 P.M**.  To join the conference, all parties shall call (855) 244-8681 and enter the access code 23111938649.

Dated: June 3, 2025
       New York, New York

                                                                       LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE