**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA; *et al.* *ex rel*. John Kurzman,<br><br>   Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORP., *et al*.,<br><br>   Defendants. | **NOTICE OF APPEARANCE**<br>Case No.  1:19-cv-04270-LGS |

   **PLEASE TAKE NOTICE** that the undersigned counsel, admitted to practice in this

court, hereby enters their appearance on behalf of Plaintiff, The State of Illinois, in the above-

captioned action.

Dated:  June 5, 2025
   Chicago, Illinois

/s/Sherief Gaber
Sherief Gaber (NY#5471669)
Assistant Attorney General, Special Litigation
Office of the Illinois Attorney General
115 S. LaSalle St., 35th Flr.
Chicago, Illinois 60603
773.519.3015
sherief.gaber@ag.il.gov