UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN KURZMAN, et al.,<br><br>   Plaintiffs,<br><br>-against-<br><br>MICROSOFT CORP., et al.,<br><br>   Defendants. | 1:19 Civ. 4270 (LGS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Aaron A. Rodriguez, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the State of New Mexico in the above-captioned action. Opposing counsel does not oppose this motion.

     I am a member in good standing of the bars of the State of New Mexico, the United States District Court, District of New Mexico, and the United States Tenth Circuit Court of Appeals. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, my certificates of good standing from the the State of New Mexico, the United State District Court, District of New Mexico,, and a proposed Order.

DATED: June 16, 2025                     Respectfully Submitted,

                                                       By:   */s/Aaron A. Rodriguez*
                                                                 Aaron A. Rodriguez (NM Id. 121571)
                                                                 Assistant Attorney General
                                                                 408 Galisteo St.
                                                                 Santa Fe, NM 87501
                                                                 (505)252-0861
                                                                 arodriguez@nmdoj.gov
                                                                *Counsel for State of New Mexico*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN KURZMAN, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>MICROSOFT CORP., et al.,<br><br>    Defendants. | 1:19 Civ. 4270 (LGS)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Aaron A. Rodriguez, hereby declare as follows:

1. I am an Assistant Attorney General with the New Mexico Department of Justice, employed as the Director of the Government Litigation Bureau for the agency.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice.*

3. I am a member in good standing of the bars of the State of New Mexico, the United States District Court, District of New Mexico, and the United States Tenth Circuit Court of Appeals.

4. I have never been convicted of a felony.

5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the following statements made by me are false, I am subject to punishment.

DATED: June 16, 2025                    Respectfully Submitted,

By:   /s/Aaron A. Rodriguez
      Aaron A. Rodriguez (NM Id. No. 121571)
      Assistant Attorney General
      408 Galisteo St.
      Santa Fe, NM 87501
      (505)252-0861
      arodriguez@nmdoj.gov
      *Counsel for State of New Mexico*