AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of **New Mexico**

## CERTIFICATE OF GOOD STANDING

I, _____ Mitchell R. Elfers _____ , Clerk of this Court,

certify that _____ Aaron Rodriguez _____ , Bar # _____ 08-74 _____ ,

was duly admitted to practice in this Court on _____ July 7, 2028 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Santa Fe, New Mexico _____ on _____ June 5, 2025 _____
*(Location)* *(Date)*


Mitchell R. Elfers
*CLERK*

Gene Rael
*DEPUTY CLERK*

