

# THE UNITED STATES OF AMERICA

### for the Tenth Circuit

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Aaron A. Rodriguez was

duly admitted to practice before this Court on February 28, 2025,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on June 2, 2025.

CHRISTOPHER M. WOLPERT

Clerk of Court

By *S. Thieme*

Deputy Clerk