UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN KURZMAN, et al.,<br><br>　Plaintiffs,<br><br>-against-<br><br>MICROSOFT CORP., et al.,<br><br>　Defendants. | 1:19 Civ. 4270 (LGS)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

　　　　The Motion of Aaron A. Rodriguez for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the the State of New Mexico, the United States District Court, District of New Mexico, and the United States Tenth Circuit Court of Appeals; and that his contact information is as follows:

> Aaron A. Rodriguez (NM Id. No. 121571)
> Assistant Attorney General
> 408 Galisteo St.
> Santa Fe, NM 87501
> (505)252-0861

　　　　Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the State of New Mexico in the above-captioned action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Lorna G. Schofield
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case 1:19-cv-04270-LGS    Document 121-4    Filed 06/16/25    Page 2 of 2